IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MORRIS FREEMAN, | ) | 8:14CV326 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| LANCASTER COUNTY | ) | |
| CORRECTIONAL FACILITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on its own motion. On January 9, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for failure to pay the initial partial filing fee assessed by the court on November 5, 2014. To date, Plaintiff has not shown cause for his failure to pay the initial partial filing fee, and has not paid the initial partial filing fee or sought an extension of time in which to do so.

    IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice for failure to pay the court's initial partial filing fee, and for failure to comply with a court order. A separate judgment will be entered in accordance with this Memorandum and Order.

    DATED this 2nd day of March, 2015.

    BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge